IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT E. CLAYBORNE JR., | ) | |
|---|---|---|
| Petitioner, | ) | 8:15CV378 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the Petitioner's Motion For Leave To Appeal In Forma Pauperis (filing no. 31) is granted.

DATED this 22nd day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge