IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT E. CLAYBORNE JR., | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:15CV378 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's Motion to Amend Petition for Writ of Habeas Corpus (filing no. 38) is denied.

DATED this 16th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge