IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT E. CLAYBORNE JR., | ) | |
|---|---|---|
| Petitioner, | ) | 8:15CV378 |
| V. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

I have received a request from the Clerk to inform her whether I will grant Petitioner leave to appeal in forma pauperis. (Filing no. 57.) Since this case has long been over and since Petitioner is abusing the appellate process as he has attempted to appeal at least three times without success,

IT IS ORDERED that pursuant to 28 U.S.C. § 1915(a)(3), I certify that the appeal is not taken in good faith. The Clerk shall provide the Clerk of the Court of Appeals with a copy of this Memorandum and order and follow its normal practice in cases such as this one.

DATED this 21st day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge