IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT E. CLAYBORNE JR., | |
| Petitioner, | 8:15CV378 |
| vs. | |
| STATE OF NEBRASKA, | ORDER |
| Respondent. | |

This matter is before me on Petitioner's Motion for Leave to Appeal In Forma Pauperis. (Filing 75.)

Since Petitioner is abusing the appellate process as he has attempted to appeal multiple times in the past from similar denials of relief without success,

IT IS ORDERED that pursuant to 28 U.S.C. § 1915(a)(3), I certify that the appeal is not taken in good faith. Petitioner's Motion for Leave to Appeal In Forma Pauperis (filing 75) is, therefore, denied.

Dated this 2nd day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge